David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
(602) 265-3332
(602) 230-4482

Attorneys for Plaintiff
Sandra Kirkpatrick

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Sandra Kirkpatrick | Case No: 2:16-cv-01236-JZB |
|---|---|
| Plaintiff, | **Notice of Settlement** |
| v. | |
| GC Services Limited Partnership, | |
| Defendants. | |

Please take notice that this case has been settled in its entirety. However, the parties request forty-five days to finalize and perform any obligations under the settlement. Plaintiff will file a notice of dismissal with each party to bear their own attorney's fees and costs by October 3, 2016

Respectfully submitted,                **Hyde & Swigart**

Date: August 17, 2016            By: _/s/ David J. McGlothlin_
                                         David J. McGlothlin
                                         Attorneys for Plaintiff